UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
BRUCE C. TRUESDALE, P.C.
147 Union Avenue * Suite 1E
Middlesex, New Jersey 08846-1063
By:Bruce C. Truesdale, Esquire (BCT 0928)
732 302-9600
Attorney for Debtor[s]

In Re:

FRANCISCO RAMOS
NANCY RAMOS

Case No.:    10-13619 MBK

Adv. No.:

Hearing Date:

Judge:    Michael B. Kaplan

# AMENDMENT TO SCHEDULE D, E OR F

Please specify the Schedule(s) to be amended:

Schedule D - Creditors holding secured claims
Schedule E - Creditors holding unsecured priority claims
Schedule F - Creditors holding unsecured claims

_____

Schedule __F__ previously filed, is amended as follows:
(List creditors being added, deleted or modified and indicate same)

Laridian Consulting, Inc.
Fein, Such, Kahn, & Shepard, P.C
7 Century Drive
Parsippany, NJ 07054

Arrow Financial Services
Attn: Pressler & Pressler, LLP
7 Entin Road
Parsippany, NJ 07054

Midland Funding, LLC
Attn: Pressler & Pressler, LLP
7 Entin Road
Parsippany, NJ 07054

Midland Funding, LLC
Attn: Nudelman, Nudelman, & Ziering
425 Eagle Rock Avenue
Roseland, NJ 07068

America Online
Attn: Nudelman, Nudelman & Ziering, P.C.
425 Eagle Rock Avenue
Roseland, NJ 07068

Applied Card Bank

Goldman & Warshaw, P.C.
PO Box 2500

Asset Acceptance
Attn: Karen A. Calabrese, Esq.
15 E. Centre Street, PO Box 771
Woodbury, NJ 08096

First American Acceptance
Attn: Hayt, Hayt, & Landau, LLC
Two Industrial Way West, PO Box 500
Eatontown, NJ 07724


I hereby certify under penalty that the above information is correct.


Dated: 2/10/2010    Debtor's signature: /s/Francisco Ramos
Dated: 2/10/2010    Co-Debtor's signature: /s/Nancy Ramos


Pursuant to D.N.J. LBR 1007-2 an amendment to schedules must be accompanied by amended matrix containing *only* those additions in the amended schedules