UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Francisco Ramos and
Nancy Ramos

Case No.: 10-13619

Chapter: 7

Judge: Michael Kaplan

# ORDER RESPECTING
# AMENDMENT TO SCHEDULE D, E OR F
# OR LIST OF CREDITORS

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

DATED: February 17, 2010

Michael B. Kaplan/cls
Judge, United States Bankruptcy Court

  The Court having noted that the debtor filed an Amendment to Schedule ____F____ or to the List of Creditors on _____February 10, 2010_____ that:

  ❏  Deletes a creditor or creditors

  ❏  Modifies a previously listed creditor or creditor information

  ☑  Adds a creditor or creditors

and for good cause shown, it is

  ORDERED that creditors being deleted or modified shall, pursuant to Fed.R.Bankr.P. 1009 (a), be provided notice of the amendment by the debtor or debtor's attorney, if any, and it is further

  ORDERED that added creditors have sixty (60) days from the date of this Order, or until the date specified in the *Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors & Deadlines*, whichever is later, to:

  •  file a proof of claim, if the case is an asset case.

  •  file a complaint objecting to discharge under Bankruptcy Code §727(a) or to determine dischargeability of its debt under Bankruptcy Code §523(c), if the debtor is an individual; and it is further

  ORDERED that the debtor(s) shall serve on added creditors, by mailing within 14 days of the date of this order:

  1.  A copy of this Order, and

  2.  A notice advising such creditor(s) of the following:

    •  the date of the filing of the petition for relief;

    •  the date of the first meeting of creditors;

- the date within which a Proof of Claim must be filed, if an asset case; a notification that a claim need not be filed, if a no-asset case;

- if the debtor is an individual, the date within which a complaint objecting to discharge/dischargeability must be filed; and

- that the debtor(s) may be examined by subpoena pursuant to D.N.J. LBR 2004-1; and it is further

ORDERED that within 14 days of the date of this order, the debtor(s) shall file an affidavit certifying compliance with the above, to which shall be attached a true copy the notice required by the preceding paragraphs.

*rev.12/1/09*

# CERTIFICATE OF NOTICE

```
District/off: 0312-3            User: csilvest              Page 1 of 1                  Date Rcvd: Feb 17, 2010
Case: 10-13619                  Form ID: pdf903             Total Noticed: 1

The following entities were noticed by first class mail on Feb 19, 2010.
db/jdb      +Francisco Ramos,    Nancy Ramos,    920 Village Dr,    Somerset, NJ 08873-4509

The following entities were noticed by electronic transmission.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 19, 2010                    Signature: *Joseph Speetjens*